**JS-6**

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| VALLEY NATIONAL BANK<br><br>        Plaintiff,<br><br>        v.<br><br>HARRISON GRAY, RESPECT AUTO BRONX I LLC, RESPECT AUTO QUEENS II LLC, and RESPECT AUTO YONKERS LLC<br><br>        Defendants. | Case No. 2:25-cv-10211-MCS-AJR<br><br>**JUDGMENT** |

    The Court, having reviewed the Parties' Stipulation for Entry of Judgment, and good cause appearing therefor, enters judgment as follows:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

    1.    Plaintiff shall have judgment, jointly and severally, against Defendants Harrison Gray, Respect Auto Queens II LLC, Respect Auto Bronx I LLC, and Respect Auto Yonkers LLC, in the amount of **$17,627,625.50**, and in favor of Valley National Bank.

///

2. Plaintiff is determined to be the prevailing party in whose favor judgment is entered, pursuant to Local Rule 54-1.

3. The Court shall retain jurisdiction over the enforcement of this Judgment pursuant to Fed. R. Civ. P. 69(a).

Dated: November 20, 2025

_____
Mark C. Scarsi
United States District Judge